IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| WILLIAM DEGENHART, M.D., | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION FILE NO. |
| CONGAREE STATE BANK, THE DEGENHART LAW FIRM, PAUL DEGENHART and MARY NELL DEGENHART, | ) CV411-013 |
| Defendant. | ) |

## CERTIFICATE OF INTERESTED PARTIES

The undersigned, counsel of record for Defendant Congaree State Bank, certifies that the following is a full and complete list of the parties in this action:

| Name | Identification & Relationship |
|---|---|
| William Degenhart, M.D. | Plaintiff |
| Congaree State Bank | Defendant |
| The Degenhart Law Firm | Defendant |
| Paul Degenhart | Defendant |
| Mary Nell Degenhart | Defendant |

The undersigned further certifies that the following is a full and complete list of officers, directors, or trustees of the above-identified parties:

| Name | Identification & Relationship |
|---|---|
| Charles A. Kirby | President and Chief Executive Officer, Congaree State Bank |
| Charlie T. Lovering | Chief Financial Officer, Executive Vice President and Director, Congaree State Bank |

| | |
|---|---|
| Stephen P. Nivens | Chief Business Development Officer and Director, Congaree State Bank |
| Samuel M. Corley | Director, Congaree State Bank |
| Thomas Hal Derrick | Director, Congaree State Bank |
| J. Kevin Reeley | Director, Congaree State Bank |
| E. Daniel Scott | Director, Congaree State Bank |
| Nitin C. Shah | Director, Congaree State Bank |
| Dr. Larry J. Stroud | Director, Congaree State Bank |
| Donald E. Taylor | Director, Congaree State Bank |
| John D. Thompson | Director, Congaree State Bank |
| Harry Michael White | Director, Congaree State Bank |

The undersigned further certifies that the following is a full and complete list of other persons, firms, partnerships, corporations, or organizations that have a financial interest in, or another interest which could be substantially affected by, the outcome of this case (including a relationship as a parent or holding company or similar relationship):

| **Name** | **Identification, Relationship & Interests** |
|---|---|
| Congaree Bancshares, Inc. | Holding company of Congaree State Bank |
| M N D Properties, LLC | Party to disputed promissory notes, mortgagor in disputed mortgages, and beneficiary of disputed guaranties |
| Nelson Mullins Riley & Scarborough, LLP | Attorneys for Congaree State Bank |
| Savage, Turner, Kraeuter, Pinckney, Britt & Madison | Attorneys for William Degenhart, M.D. |

Respectfully submitted this 28th day of January, 2011.

/s Taylor T. Daly, Esq.
Georgia Bar No. 697887
Attorney for Congaree State Bank
NELSON MULLINS RILEY & SCARBOROUGH LLP
Atlantic Station / 201 17th Street, NW / Suite 1700
Atlanta, GA  30363
(404) 322-6000
E-Mail: taylor.daly@nelsonmullins.com

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served the within and foregoing Certificate of Interested Parties by depositing a copy of same in the United States Mail in a properly addressed envelope with sufficient postage affixed thereto to ensure delivery to the following:

>   Brent J. Savage
>   Savage, Turner, Kraeuter, Pinckney, Britt & Madison
>   P.O. Box 10600
>   Savannah, GA 31412
>
>   The Degenhart Law Firm
>   2131 Park Street
>   Columbia, SC 29201
>
>   Paul Degenhart
>   2131 Park Street
>   Columbia, SC 29201
>
>   Mary Nell Degenhart
>   2131 Park Street
>   Columbia, SC 29201

This 28th day of January, 2011.

>   /s Taylor T. Daly, Esq.
>   Georgia Bar No. 697887
>   Attorney for Congaree State Bank
>   NELSON MULLINS RILEY & SCARBOROUGH LLP
>   Atlantic Station / 201 17th Street, NW / Suite 1700
>   Atlanta, GA 30363
>   (404) 322-6000
>   E-Mail: taylor.daly@nelsonmullins.com