IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| WILLIAM DEGENHART, M.D., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO: 4:11-CV-00013 |
| | ) | |
| -vs- | ) | |
| | ) | |
| CONGAREE STATE BANK, | ) | |
| THE DEGENHART LAW FIRM, | ) | |
| PAUL DEGENHART and | ) | |
| MARY NELL DEGENHART, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

_____

**PLAINTIFF'S NOTICE OF INTENT TO FILE SUR-REPLY BRIEF IN RESPONSE TO DEFENDANT'S REPLY TO PLAINTIFF'S RESPONSE TO CONGAREE STATE BANK'S MOTION FOR SUMMARY JUDGMENT**

COMES NOW, **William Degenhart, M.D.**, Plaintiff in the above-styled action, and files this Notice of Intent to File Sur-Reply Brief in Response to Defendant's Reply to Plaintiff's Response to Congaree State Bank's Motion for Summary Judgment.

Respectfully submitted this 3rd day of January, 2012.

                                                                                 /s/ Karl C. Zipperer
                                                                                 Brent J. Savage
                                                                                 Georgia Bar No. 627450
                                                                                 Karl C. Zipperer
                                                                                 Georgia Bar No. 940487

SAVAGE, TURNER, KRAEUTER,
PINCKNEY& MADISON
304 East Bay Street
P.O. Box 10600
Savannah, Georgia 31412
(912) 231-1140

**CERTIFICATE OF SERVICE**

This is to certify that I have on this day served all the parties in this case with a copy of the **PLAINTIFF'S NOTICE OF INTENT TO FILE SUR-REPLY BRIEF IN RESPONSE TO DEFENDANT'S REPLY TO PLAINTIFF'S RESPONSE TO CONGAREE STATE BANK'S MOTION FOR SUMMARY JUDGMENT** in accordance with the directives from the Court Notice of Electronic Filing ("NEF") which was generated as a result of electronic filing.

James T. Irvin, III
Nelson, Mullins, Riley & Scarborough, LLP
1320 Main Street, 17th Floor
Columbia, SC 29201
Represents Congaree State Bank

Joseph Jakob Kennedy
P.O. Box 5478
Florence, South Carolina 29502
Represents The Degenhart Law Firm

Mary Nell Degenhart
2131 Park Street
Columbia, South Carolina 29201
Pro Se
(Being sent in the mail)

Paul Degenhart
2131 Park Street
Columbia, South Carolina 29201
Pro Se
(Being sent in the mail)

This 3rd day of January, 2012.

/s/ Karl C. Zipperer
Brent J. Savage
Georgia Bar No. 627450
Karl C. Zipperer
Georgia Bar No. 940487
Attorneys for Plaintiff

SAVAGE, TURNER, KRAEUTER,
PINCKNEY & MADISON
Post Office Box 10600
Savannah, GA 31412
(912) 231-1140