IN THE UNITED STATES DISTRCT COURT
DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| WILLIAM DEGENHRT, M.D., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C/A:3:12-CV-00858-JFA |
| ) | |
| CONGAREE STATE BANK, ) | |
| THE DEGENHART LAW FIRM, ) | |
| PAUL DEGENHART and MARY NELL ) | |
| DEGENHART, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF APPEARANCE

TO:   THE ABOVE-NAMED DEFENDANTS:

**YOU WILL PLEASE TAKE NOTICE** that the undersigned has been retained by and shall appear as counsel for the Plaintiff, WILLIAM DEGENHART, M.D., in the above matter. The undersigned requests that he be given notice of any and all future actions in this case as well as a copy of any all pleadings filed in this matter from this date forward.

LAW OFFICE OF R. THAYER RIVERS, JR.

_____
R. THAYER RIVERS, JR.
Post Office Box 668
Ridgeland, South Carolina  29936
843-726-8136
843-726-4401 (fax)

July 17, 2012.

IN THE UNITED STATES DISTRCT COURT
DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| WILLIAM DEGENHART, M.D., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C/A:3:12-CV-00858-JFA |
| ) | |
| CONGAREE STATE BANK, ) | |
| THE DEGENHART LAW FIRM, ) | |
| PAUL DEGENHART and MARY NELL ) | |
| DEGENHART, ) | |
| ) | |
| Defendants. ) | |

## CERTIFICATE OF SERVICE

This is to certify that I have on this day served all the parties in this case with a copy of Plaintiff's Notice of Appearance in accordance with the directives from the Court Notice of Electronic Filing (NEF) which was generated as a result of electronic filing.

James T. Irvin
Nelson, Mullins, Riley & Scarborough, LLP
Meridian, 17th Floor 1320 Main Street
Columbia, SC
Attorneys for Congaree State Bank

Joesph Jakob Kennedy
1831 West Evans Street, Fourth Floor
Florence, South Carolina 29501
Attorneys for The Degenhart Law Firm

Mary Nell Degenhart
2131 Park Street
Columbia, South Carolina  29201
Pro Se
(Being sent by mail)

Paul Degenhart
2131 Park Street
Columbia, South Carolina  29201
(Being sent by mail)

Law Office of R. Thayer Rivers, Jr.

*Kathleen Bearden*

Kathleen J. Bearden
Paralegal to R. Thayer Rivers, Jr.
Post Office Box 668
Ridgeland, SC  29936

July 17, 2012.