IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| William Degenhart, M.D., ) | C/A No.: 3:12-cv-858-JFA |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| Congaree State Bank; The Degenhart ) | |
| Law Firm; Paul Degenhart; Mary N. ) | |
| Degenhart, ) | |
| ) | |
| Defendants. ) | |
| ) | |
| Congaree State Bank, ) | |
| ) | |
| Cross Claimant, ) | |
| ) | |
| vs. ) | |
| ) | |
| The Degenhart Law Firm; ) | |
| Paul Degenhart; Mary N. Degenhart, ) | |
| ) | |
| Cross Defendants. ) | |
| ) | |

This court has received notice of an alleged settlement between the parties to this case. As such, all pending dispositive motions (ECF Nos. 45, 46, 47, 48, 51, 52) are hereby dismissed without prejudice as moot. If the settlement does not go through, the parties will have leave to refile their motions.

    IT IS SO ORDERED.

August 21, 2012                    Joseph F. Anderson, Jr.
Columbia, South Carolina           United States District Judge