IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| William Degenhart, M.D., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | C/A:3:12-CV-00858-JFA |
| | ) | |
| Congaree State Bank; The Degenhart Law Firm; Paul Degenhart; and Mary N. Degenhart, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |
| | ) | |
| Congaree State Bank, | ) | |
| | ) | |
| Cross Claimant, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| The Degenhart Law Firm, Paul Degenhart, and Mary N. Degenhart, | ) | |
| | ) | |
| Cross Defendants. | ) | |

## **SETTLEMENT STATUS REPORT**

Since the time of the last filing with this Court, the Parties have continued to work to execute on the terms of the settlement in the above-referenced matter, as memorialized in the Global Settlement Agreement ("GSA"). To that end, Congaree State Bank ("CSB") and defendants Paul Degenhart and Mary Nell Degenhart have resolved the title issues that were delaying the execution of the remaining terms of the GSA (transfer of the Congaree Collateral Properties to a new entity and execution of the loan modification agreements). As a result, the

1

Parties expect to have these documents prepared and executed this week.  In addition, CSB and Paul and Mary Nell Degenhart continue to work to resolve the outstanding HOA fee dispute. In light of this progress, CSB has notified the Parties that it intends to send the executed closing documents and settlement checks to all Parties, pursuant to Plaintiff's counsel's closing instructions of June 19, 2012 (as revised on June 21, 2012 and June 29, 2012).

Accordingly, all Parties have consented to the filing of a Consent Motion for Dismissal with Prejudice and Proposed Order, which CSB intends to file after it receives Plaintiff's counsel's consent, which should be given after he receives the executed settlement documents and settlement proceeds.  CSB expects to send those out today.

NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.

By: s/ James T. Irvin, III
James T. Irvin, III
Federal Bar No. 6252
jim.irvin@nelsonmullins.com
1320 Main Street / 17th Floor
Post Office Box 11070 (29211)
Columbia, SC  29201
(803) 799-2000

Columbia, SC
September 17, 2012