IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| William Degenhart, M.D., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )  C/A:3:12-CV-00858-JFA |
| | ) |
| Congaree State Bank; The Degenhart Law Firm; Paul Degenhart; and Mary N. Degenhart, | ) |
| | ) |
| Defendants. | ) |
| _____ | ) |
| | ) |
| Congaree State Bank, | ) |
| | ) |
| Cross Claimant, | ) |
| | ) |
| vs. | ) |
| | ) |
| The Degenhart Law Firm, Paul Degenhart, and Mary N. Degenhart, | ) |
| | ) |
| Cross Defendants. | ) |

CERTIFICATE OF SERVICE

I, the undersigned Attorney of the law offices of Nelson Mullins Riley & Scarborough LLP, attorneys for Defendant Congaree State Bank, do hereby certify that I have served all counsel in this action with a copy of the pleading(s) hereinbelow specified by sending a copy of the same via electronic mail, to the following email address(es):

Pleadings:

**Defendant Congaree State Bank's Settlement Status Report**

Counsel Served:

    Brent J. Savage
    Karl Christian Zipperer
    Savage, Turner, Kraeuter, Pinckney, Britt & Madison
    P.O. Box 10600
    Savannah, GA  31412
    LWickline@SavageLawFirm.com

    Mary N. Degenhart
    2131 Park Street
    Columbia, SC  29201
    mdegenhart@DEGENHARTLAW.COM

    Damon C. Wlodarczyk
    Riley, Pope, and Laney
    2838 Devine Street
    Columbia, SC  29205
    damonw@rplfirm.com

    Paul W. Painter
    Ellis, Painter, Ratterree & Adams LLP
    2 East Bryan Street, 10th Floor
    Savannah, GA  31401
    ppainter@EPRA-Law.com

    /s/ James T. Irvin, III
    James. T. Irvin, III

September 18, 2012