**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF SOUTH CAROLINA**
**COLUMBIA DIVISION**

| | |
|---|---|
| William Degenhart, M.D., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) C/A:3:12-CV-00858-JFA |
| | ) |
| Congaree State Bank; The Degenhart Law Firm; Paul Degenhart; and Mary N. Degenhart, | ) ) ) |
| | ) |
| Defendants. | ) |
| | ) |
| | ) |
| Congaree State Bank, | ) |
| | ) |
| Cross Claimant, | ) |
| | ) |
| vs. | ) |
| | ) |
| The Degenhart Law Firm, Paul Degenhart, and Mary N. Degenhart, | ) ) |
| | ) |
| Cross Defendants. | ) |

**CONSENT MOTION FOR DISMISSAL WITH PREJUDICE**

Defendant/Cross Claimant Congaree State Bank ("CSB"), with the consent of all parties, respectfully submits this motion for dismissal of all claims and cross-claims, pursuant to Fed. R. Civ. P. 41(a)(2). The parties to the above-reference matter have reached an agreement to resolve this case, as memorialized in the Global Settlement Agreement ("GSA"). Accordingly, the parties hereby move this Court for an order dismissing this matter with prejudice, with each party

1

to bear their own costs. The parties request that the Order provide that this dismissal shall not impede a party's right to enforce any term of the GSA.

                        NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.

                        By: s/ James T. Irvin, III
                            James T. Irvin, III
                            Federal Bar No. 6252
                            jim.irvin@nelsonmullins.com
                            1320 Main Street / 17th Floor
                            Post Office Box 11070 (29211)
                            Columbia, SC  29201
                            (803) 799-2000

                            Attorneys for Defendant/Cross Claimant
                                  Congaree State Bank

Columbia, South Carolina
November 19, 2012

WE CONSENT:
By:    s/ Brent J. Savage
      Brent J. Savage
      Georgia Bar No. 627450
      SAVAGE, TURNER, PINCKNEY & MADISON
      P.O. Box 10600
      Savannah, Georgia 31412
      (912) 231-1140

      R. Thayer Rivers, Jr.
      Post Office Box 668
      Ridgeland, SC 29936
      843-726-8136

      Attorneys for Plaintiff William Degenhart, M.D.

WE CONSENT:
By:    s/ Joseph Jakob Kennedy
     Joseph Jakob Kennedy
     TURNER PADGET GRAHAM AND LANEY
     PO Box 5478
     Florence, SC 29502
     843-662-9008
     Fax: 843-667-0828
     Email: jkennedy@TurnerPadget.com

     Attorneys for Defendants/Cross Defendant The Degenhart Law Firm

5

   s/ Paul Degenhart
Paul Degenhart
2131 Park Street
Columbia, SC 29201
PRO SE


September \_\_\_, 2012

   s/ Mary Nell Degenhart
Mary Nell Degenhart
2131 Park Street
Columbia, SC 29201
PRO SE

November 19, 2012