# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH CAROLINA
## COLUMBIA DIVISION

| | |
|---|---|
| William Degenhart, M.D., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | C/A: 3:12-CV-00858-JFA |
| ) | |
| Congaree State Bank; The Degenhart Law Firm; Paul Degenhart; and Mary N. Degenhart, ) ) ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |
| Congaree State Bank, ) | |
| ) | |
| Cross Claimant, ) | |
| ) | |
| vs. ) | |
| ) | |
| The Degenhart Law Firm, Paul Degenhart, and Mary N. Degenhart, ) ) | |
| ) | |
| Cross Defendants. ) | |
| _____ ) | |

## ORDER OF DISMISSAL WITH PREJUDICE

This matter comes before the Court upon Motion of all parties for an order dismissing this matter with prejudice.  It appears that the parties have agreed to resolve this matter pursuant to the terms of a Global Settlement Agreement.  Accordingly, IT IS ORDERED that this case is dismissed with prejudice, with each party to bear its own costs.  Nothing in this Order should be construed to impede any party's right to enforce any term of the Global Settlement Agreement.

IT IS SO ORDERED.

November 20, 2012                                        Joseph F. Anderson, Jr.
Columbia, South Carolina                          United States District Judge